Mark G. Tratos (Bar No.1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GNLV, Corp., a Nevada corporation,

        Plaintiff,

v.

Domains by Proxy, an entity of unknown origin,

        Defendant.

Case No. 2:07-cv-0969-KJD-RJJ

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the instant action as to Defendant.

    DATED: August 6, 2007.

            GREENBERG TRAURIG, LLP

            Mark G. Tratos (Bar No.1086)
            Ronald D. Green Jr. (Bar No. 7360)
            Laraine M. I. Burrell (Bar No. 8771)
            3773 Howard Hughes Parkway
            Suite 500 North
            Las Vegas, Nevada 89169
            Counsel for Plaintiff

1.